```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15063
  SONJA SANSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-5906

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 04/15/2004 and was confirmed 10/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  60.86% from remaining funds.

     The case was paid in full 07/20/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE UNSECURED OTH    5389.21           .00         3279.74
AMERICREDIT FINANCIAL SE SECURED NOT I  NOT FILED           .00             .00
BANK ONE NA              CURRENT MORTG        .00           .00             .00
BANK ONE NA              MORTGAGE ARRE    736.55            .00          736.55
CITY OF CHICAGO WATER DE UNSECURED      NOT FILED           .00             .00
COMCAST                  UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED           .00             .00
DIRECT MERCHANTS BANK    UNSECURED      NOT FILED           .00             .00
FIRST SAVINGS CREDIT CAR UNSECURED      NOT FILED           .00             .00
NATIONAL OPTICAL CO      UNSECURED      NOT FILED           .00             .00
ORCHARD BANK             UNSECURED      NOT FILED           .00             .00
PEOPLES ENERGY           UNSECURED      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED OTH    196.46            .00          134.30
PMS                      UNSECURED      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE FILED LATE       518.47            .00             .00
INTERNAL REVENUE SERVICE FILED LATE       467.40            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,667.70                       2,667.70
TOM VAUGHN               TRUSTEE                                          381.71
DEBTOR REFUND            REFUND                                           137.90

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE               7,337.90

PRIORITY                                          .00
SECURED                                        736.55
UNSECURED                                    3,414.04
ADMINISTRATIVE                               2,667.70
TRUSTEE COMPENSATION                           381.71
DEBTOR REFUND                                  137.90

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 15063 SONJA SANSON
```

```
                                    ---------------      ---------------
TOTALS                                     7,337.90             7,337.90
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/25/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE